STATE v. JACOBS

No. 112P98

Case below: 128 N.C.App. 559

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. JACOBS

No. 183P98

Case below: 129 N.C.App. 265

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 July 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. JONES

No. 395A91-4

Case below: Wake County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Wake County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254 and *State v. Bates*, 348 N.C. 29. Petition by defendant for writ of supersedeas allowed 8 July 1998.

STATE v. JONES

No. 497A93-2

Case below: Duplin County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Duplin County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254 and *State v. Bates*, 348 N.C. 29.